UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| WILMINGTON SAVINGS FUND )<br>  SOCIETY, FSB d/b/a CHRISTIANA)<br>TRUST AS TRUSTEE FOR )<br>NORMANDY MORTGAGE )<br>LOAN TRUST, SERIES 2015-1 )<br>                            )<br>     Plaintiff             )<br>v.                                )<br>                               )<br>MICHAEL MOONEY         )<br>                               )<br>     Defendant        )<br>                               )<br>   and                      )<br>                               )<br>CITIBANK (SOUTH DAKOTA), N.A. )<br>                               )<br>     Party-in-interest    )| CIVIL NO. 2:16-cv-00545-JDL |

## DEFENDANT'S WITNESS LIST

1. Michael Mooney
   783 Washington Avenue
   Portland, Maine
   Fact Witness

    Defendant will testify as to the various factual matters set forth in the Trial Brief – including the prior trial in State Court and its dismissal, the circumstances surrounding his execution of the Note involved in this case and the limitations issues as to the unattested note, the fact that his signature is not on the return receipt produced in connection with the right to cure letter and the facts that are set forth in the Counterclaim involving his attempt to pay the debt and the damages resulting from the refusal to accept payment and the inflating of the payment demanded. It is anticipated his direct testimony will take forty-five minutes.

Dated at Portland, Maine, this   8th day of November, 2017.

>Respectfully submitted,
>
>      /s/John S. Campbell          
>John S. Campbell – Bar #2300

CAMPBELL & ASSOCIATES, P.A.
60 Mabel St.
Portland, ME  04103
(207)  775-2330