# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

CIVIL ACTION NO: 2:16-cv-00545-JDL

**Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as Trustee for Normandy Mortgage Loan Trust, Series 2015-1**

**Plaintiff**

**vs.**

**Michael H. Mooney**

**Defendant**

**Citibank (South Dakota), N.A.**
**Party-in-Interest**

NOW COMES the Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as Trustee for Normandy Mortgage Loan Trust, Series 2015-1 by and through its undersigned counsel and hereby provides its Witness List.

**WITNESSES:**

Michael H. Mooney

Nik Fox of Selene Finance, LLP as agent for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as Trustee for Normandy Mortgage Loan Trust, Series 2015-1

Plaintiff reserves the right to add to this witness list upon reasonable prior notice to Defendant and to call any persons listed as witnesses by Defendant.

Dated: November 9, 2017

Respectfully submitted:

/s/John A. Doonan
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center
Suite 225D
Beverly, MA 01915