UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**CASE NAME:** Wilmington Savings Fund Society, FSB

v.

Michael H. Mooney

**DOCKET NO:** 2:16-cv-00545-JDL

# Exhibit List

| Plt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | **Promissory Note** in the amount of $173,000.00, dated July 16, 2007 | | | | |
| 2 | | | **Mortgage** in the amount of $173,000.00, dated July 16, 2007, and recorded in Book 25317, Page 270. | | | | |
| 3 | | | **Assignment of Mortgage** to CitiMortgage, Inc., dated July 16, 2007, and recorded in Book 25339, Page 288. | | | | |
| 4 | | | **Assignment of Mortgage** to Nationstar Mortgage LLC, dated November 29, 2010, and recorded in Book 28361, Page 50. | | | | |
| 5 | | | **Assignment of Mortgage** to CitiMortgage, Inc., dated March 14, 2012, and recorded in Book 29642, Page 22. | | | | |
| 6 | | | **Assignment of Mortgage** to U.S. Bank National Association, as Trustee for Stanwich Mortgage Loan Trust, Series 2012-7, dated September 6, 2012, and recorded in Book 29931, Page 229. | | | | |
| 7 | | | **Assignment of Mortgage** to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as Trustee for Mortgage Loan Trust Series 2015-1, dated January 29, 2016, and recorded in Book 32904, Page 173 and related Power of Attorney. | | | | |
| 8 | | | **Corrective Assignment of Mortgage** dated May 2, 2016, and recorded in Book 33112, Page 207 and related Power of Attorney. | | | | |
| 9 | | | **Notice of Mortgagor's Right to Cure** dated August 25, 2016. | | | | |
| 10 | | | **Loan History** | | | | |
| 11 | | | **Military Status Report** | | | | |

| Plt Exh No. | Dft Exh No. | Court Exhib | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| | 12 | | **September 30, 2009 payment of $1807** | | | | |
| | 13 | | **October 2, 2009 notice of default and right to cure** | | | | |
| | 14 | | **Copy of lawsuit filed November 27, 2009** | | | | |
| | 15 | | **Records of Mr. Mooney's bank account at Coastline Credit Union showing $10,000 balance for reinstating** | | | | |
| | 16 | | **Campbell letter to CitiMortgage's attorney dated December 16, 2009.** | | | | |
| | 17 | | **Affidavit of Etolin Manjoe of Nationstar - 6/9/11** | | | | |
| | 18 | | **Copy of undated "Allonge" (with a signature purporting to be its President – Rob Orlandi) which states that it is "payable to the order of CitiMortgage, Inc."** | | | | |
| | 19 | | **Documents re transfer of Note purporting to be from someone at CitiMortgage in blank and without any date** | | | | |
| | 20 | | **"Allonge" (not the Note) – apparently stamped with name "Janet Sims" of CitiMortgage  -  "payable to the order" stamp** | | | | |
| | 21 | | **CitiMortgage Motion to substitute Nationstar as the Plaintiff.** | | | | |
| | 22 | | **Limited Power of Attorney to Selene Finance from U.S. Bank, NA -5/30/14** | | | | |
| | 23 | | **Alleged assignment 11/29/10 by CitiMortgage, Inc. by "Vice President "Bryan Bly to Nationstar Mortgage** | | | | |
| | 24 | | **Return Receipt 8/29/16** | | | | |